UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB 24 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Sharif Shafi'
526 Brummel Court
Washington, DC 20012
202-487-7778

v

NUHHCE, AFSCME, AFL-CIO
1319 Locust St
Philadelphia, PA 19107

Henry Nicholas, President of the Union
Barbara Blake, National Union, Vice President
Sue Clearly, National Union, Vice President
Mary Lou Millar,
Marguerite Morrison,
Carolyn Jenkins,
Edward H. Ford, Area Director, National Union
Dennis Glick & Associates, P.C.
National Union of Hospital and Health Care
Employees, AFSCME, AFL-CIO
Bill Artis
Cynthia Perry

CASE NUMBER 1:06CV00334

JUDGE: Richard W. Roberts

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 02/24/2006

JURY ACTION

**COMPLAINT**
for Damages
(Neglect) "Negligence" of Defamation of Character
Mental and Emotional Distress
Pain and Suffering

1) I promise to abide by the Constitution of the American Federation of State, County, and Municipal employees and local union. I further promise to carry out all duties assigned to me and to do my best to uphold and promote the principles of trade union democracy. I promise and pledge that I will perform faithfully and with honor the duties of the office which I now assume in the AFSCME, I will deliver to my successor in office all books, paper and other property of this union which are in my possession at the close of my official term.

1

a) Henry Nicholas, President of the National Union of Hospital and Health Care Employees. On April 13, 2004, he told the Washington Times newspaper quoting "that the investigation by federal prosecutors and the inspector general should be closed since the trial board had remedied the financial mismanagement of Local 2095." "There's no reason for it". Mr. Nicholas said "Everything is normal". Mr. Henry Nicholas was more concerned about opening up the NUHHCE, AFSCME, AFL-CIO Union Books to the Federal Government and their mismanagement and substantial evidence of incompetent handling of Union business, then charging the individual's who hacked into the Provident Banking account by the internet and computer system which violated Federal Banking codes and Federal laws. I became the scapegoat for all the Union problems. The insurgency has cost Local 2095 into receivership and poor business partners with the D.C. Government and Dept of Mental Health. The Organization Constitutional and structural changes and AFSCME are already engaged in bitter fights and conflict across the nations with poor management. For year's NUHHCE, AFSCME, AFL-CIO has neglected and or refused to follow the law's that govern the appeal process, and failure to give me appeal to clear my name. Dennis Glick refused to audit all the books and receipts on May 19, 2004 when he came to Washington, DC. He mostly talked about Philadelphia 76ers basketball and the city ball players. It is fiduciary duties of all the Defendant's to notify law enforcement and US Attorney offices regarding this information.

Specifically, Ms. Flowers-Hinnant participated in criminal activity in the State of Maryland Criminal Law Title 8 Fraud and related charges 8-301 Identity Fraud. (B) Prohibited- obtaining personal identification information without consent. If Ms. Flowers-Hinnant committed the act in the District of Columbia she is in violation of 22-3221-Fraud (A) Fraud in the First degree or (B) Fraud in the second degree misusing my Social Security number to obtain the bank information. Mrs. Flowers-Hinnant and her crew have and continue to sabotage Local 2095. There has been a violation of privacy, Federal, and state laws by a person and was admitted by Mrs. Flowers-Hinnant at the hearing. Mrs. Flowers-Hinnant, who is at the very least, a co-conspirator as well as an accomplice to such criminal activity and violation of privacy, she provides the hearing board with illegally obtained documentation as grounds for charges against me. NUHHCE and the leadership didn't think it was important enough until the Federal government, and US Attorney's office got involved and participated in the investigation. The NUHHCE sued former president, Mary Horne for the financial records and monies, but no audit of her financial receipts from the past six years has occurred. Mr. Bill Artis came to Washington, DC to audit me and Local 2095 he got financial records from Mr. Henry Nicholas the president of NUHHCE. Mr. Bill Artis was more concerned with me having a Federal Criminal record or if I was a convicted felon. The dysfunction of the organization has assassinated my character, caused me great pain and suffering, along with mental and emotional distress. President Henry Nicholas knew for a long time that Local 2095 were under

siege and out of control by outlaw members and incumbent officers. The deterioration and financial malfeasance as well as the evidence of a total breakdown of democratic governance. I was elected to cleanup Local 2095, I met with Henry Nicholas in Baltimore, Maryland on October 16, 2003 concerning the besieged Union and incumbent Mary Horne refusing (6) six years of National Union Audits and refusing to hand over books. To quote Mr. Henry Nicholas, "The problem is there is a factionalism going on an {with Local 2095} internal turf was about who should run the Union">

b) To quote Dennis W. Glick and Associates, P.C. on May 19, 2004. "He never had an opportunity to audit Mary Horne, former president of Local 2095 she refused all audits". For approximately (6) six years approximately $122,160.00 was given to the incumbent President, Mary Horne. I have been made out to be the scapegoat of Local 2095 problems.

2) The president of National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO, Henry Nicholas promised to provide structuralized training for all officers of Local Union 2095.

3) The International Constitution promises obligation of an officer oath App. B that President will deliver to his or her successor in office all books, papers and other property of this union which are in their possession at the close of their official term.

4) Because of National Union 1199,C and District Union 1199, DC poor leadership, refusing to train me as the local Union President. My name, my character has been vilified and criminal assassination, I was removed from office of the President of Local 2095, for failure to comply with the AFSCME Financial Standards code and the AFSCME, NUHHCE 1199 Metro D.C. District and Local 2095 Constitution and bylaws. I never received any training from the National Union 1199C, AFSCME, NUHHCE 1199 Metro D.C. District, or the Local 2095, in the Financial Standards Code of AFSCME. Once I discovered the insidious behavior and chicanery of the Local 2095 malpractice by the incumbent's President's refusing a financial audit for about 8 ½ years from the National Union 1199 D.C. I requested in writing several times for all books, and financial receipts be audited. The National Union 1199C and District Union 1199DC had refused my requests. It has cost me great financial losses, employment, and mental and emotional distress.

5) Because of 1199 Metropolitan District D.C. NUHHCE failure to have a working Executive Board to hear the cases and complaints from the Local Unions, Mr. John Seferian responded that this matter must be heard by NUHHCE before proceeding to the AFSCME Judicial Panel. I've illustrated the dysfunction within 1199 Metro District D.C. NUHHCE. Further excaberated vilification contest toward me by not having District Execution Board in place. The destructive impact and concealment of misrepresentation and disloyalty by the 1199 Metro District D.C. NUHHCE and the National Union 1199C AFSCME are in violation of the AFSCME International Constitution. By witnessing the unions inappropriate behavior further defaming my character has caused excruciating pain and feelings of betrayal. The organization's deceitful and treacherous behavior has left me feeling hurt, loneliness, shame, anger and guilt.

6(a)    Because of the willful neglect and negligence by 1199 Metro District D.C., Mr. Edward Ford and National Union 1199C and Henry Nicholas, my character has become more vilified and my character defamed by the organization not investigating or reporting the unauthorized access to the online banking account at Provident Bank. The two leaders's refusing to report the federal banking violations to the local police or the Department of Homeland Security, U.S. Secret Service or the U.S. Department of Justice. I traveled to Philadelphia, PA to meet with Henry Nicholas concerning the fact that unknown person's had obtained unauthorized access to the Provident Bank account. President Henry Nicholas refused to meet with me to discuss this issue. He had more important things to do that day; he was campaigning for Mayor Street of

Philadelphia. Ms. Marguerite Morrison met with me she shared no information that would assist me in this matter. She didn't seem to have any interest in the Federal banking violation nor the misuse of my Social Security number.

6(b)   The unknown persons removed checks from the banking account and passed them around the city, US Attorney's office, DC Inspector General, local newspapers, and the membership body of Local 2095. Totally destroying my good character. On January 17, 2004 the trial board had an opportunity to get it right, the witnesses were willing to give information concerning the Federal banking account violations. Susan Cleary and Trial board member, Mary Lou Miller, Barbara Blake, and Marguerite Morrison refused to question the witnesses and report it to the police or U.S. Attorney's office because of action taking by the Trial board. My reputation continues to be scrutinized by my coworkers and peers.

7)   The trial board consisted of National Union Vice President, Susan M. Cleary, Chair, Mary Lou Millar, Secretary Barbara Blake, Marguerite Morrison and Ken Seaton-Msemaji and President Henry Nicholas. They all used illegal information obtained from Local 2095 Provident Banking account to remove me from office. Further slandering my name and reputation with stolen information that was gathered from the Internet. The National Union 1199C President, Henry Nicholas nor the Metro District Union 1199 D.C. NUHHCE Edward Ford ahs filed a criminal report with the police of the U.S. Department of Justice, United States Attorney or Department of

Homeland Security, or U.S. Secret Service concerning the Federal Banking laws violation.

8) I have scrutinized very closely for carry out the assigned duties of removing (4) four Executive board Member's and for signing a check for $3,500 while has included the involvement of a third party is neither an officer nor a member of Local 2095 (Eric Cox). Just behind the (2) two decisions. The National Union 1199C made and Metro District Union D.C. 1199 has cost me great pain extreme torture and major embarrassment. If the Metro District Union D.C. 1199 has made cost me great pain extreme torture and major embarrassment. If the Metro District Union D.C. 1199 Staff Ed Ford and Cynthia Perry would have follow the National Union11199 C. President Henry Nicholas order to negotiate Local Union 2095 contract with D.C. Department of Mental Health. I would never have been sued. I would not have a criminal record for threats against a board member or be on probation taking drug testing. Because I was following errors and protesting the District Union 1199 D.C. and National Union 1199C by carry duties assigned to me and to do my best to uphold and promote the principles. I have been under major scrutiny; I have been threatened by members and none members to the point where the Metropolitan D.C. Police were hired to monitor and secure the meeting place and me from harm.

9) Article – XV Section 1 (F) No person shall sit on any Board who is directly or indirectly involved in subject matter of the hearing or appeal. The National Union 1199C and Metro District Union D.C. 1199 willingly knowingly fail to give me a fair

hearing by allowing Ms. Marguerite Morrison to sit on the Trial Board hearings and refusing to give me appeal in a timely manner.

9(a)  Once I took the President office in Local 2095 Union, I have been unable to complete my Drug Addiction counselor classes. I'm unable to study because of the mental stress, not able to take the written certification examination and complete the class work. For 1 ½ years my loyalty has been to the Union and the membership.

9(b)  I was working at Washington Hospital Center, before Executive Board member Mark Leggett alleged that I threaten him over the union business. I was terminated from Diamond Healthcare Corporation on 2/17/03. I was arrested at my work place on 3/27/03.

9(c)  On 2/18/03, I interviewed at Riverside Hospital , I had a second interview on approximately 3/12/03 with Mr. Charles Picard stated that because of the newspaper articles I was denied the counseling job.

9(d)  I completed approximately 6 months of indoor gun and shooting training for the Naval District Washington Department of Defense. I was being recruited to be a Navy Police Investigator. I notified the Navy police recruiter of my arrest of alleged threats, I was told to reapply. I was told to reapply because I would not be able to obtain a government security clearance. If the 1199 Metro District Union, D.C. NUHHCE, AFSCME, AFL-CIO, Edward H. Ford and Cynthia Perry, would have

followed National Union President, Henry Nicholas order's to negotiate the contractual contract of Collective Bargaining Agreements. On January 13, 2003 during Executive board, Mark Leggett would have followed the order as well. If I were trained to use the AFSCME Financial Standards Code as it pertains to Union Officers responsibilities to provide expense report and reimbursement. On January 13, 2003 no union rules would have been violated.

9(e)   I took the Union job to start my career in politics. I was working for a political future in politics. I worked for Honorable Marion Barry because of the defamatory literature that was faxed to his office those documents caused me not to get the Community Coordinator job. There were telephone calls charging me with corruption of the National Union financial malpractice, and Embezzlement from union members. This sort of behavior has destroyed my reputation and assassinated my character. My name was removed from the Inaugural celebration list of Ward 8 for political reasons. I have been embarrassed from the Cornell Companies, Riverside Hospital, Washington Hospital Center, D.C. Dept of Mental Health Services, Honorable Marion Barry, U.S. Defense Department, Navy Police and my community. My name and good character has been defamed and destroyed behind the reckless and willful neglect and negligence from National Union 1199C and Metro, District Union 1199 D.C. staff and Defendants.

Therefore, I am asking for:

The Plaintiff is asking for Damages.

The Plaintiff requests judgment against the Defendant's and National Union 1199C and Metro District Union 1199DC in the amount of Twenty Million Dollars and that I be reinstated to the position of President of Local 2095.

Plaintiff is requesting Trial by Jury.

*Ahmy Shafi*

526 Brummel CT NW
Washington D.C. 20012
202-487-7778