UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____  )
                             )
**SHARIF ALI SHAFI,**        )
                             )
         **PLAINTIFF,**      )
                             )
         V.                  )   **CIVIL ACTION NO. 06-0334 (RWR)**
                             )
**NUHHCE, AFSCME, ALF-CIO,** )
**ET AL.,**                  )
                             )
         **DEFENDANTS.**     )
_____  )

## NOTICE AND ORDER TO SHOW CAUSE

Plaintiff filed this case on February 24, 2006. Federal Rule of Civil Procedure 4(m) authorizes a court to dismiss an action upon proper notice where the plaintiff has not accomplished service of the summons and complaint within one hundred and twenty days of filing suit. It appearing that plaintiff has failed to serve defendants as required by Rule 4, it is hereby

**ORDERED** that on or before July 19, 2006, plaintiff shall either present evidence of service or show cause why the case should not be dismissed for failure to effect service. Plaintiff is advised that failure to comply will result in dismissal of this case.

SIGNED this 5th day of July, 2006.

- 2 -

_____/s/_____
RICHARD W. ROBERTS
United States District Judge