# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| **SHARIF ALI SHAFI,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 06-0334 (RWR)** |
| ) | |
| **NUHHCE, AFSCME, ALF-CIO,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

### ORDER OF DISMISSAL

Plaintiff filed this case on February 24, 2006. Federal Rule of Civil Procedure 4(m) authorizes a court to dismiss an action after notice to the plaintiff where the plaintiff has not accomplished service of the summons and complaint within one hundred twenty days of the filing of the complaint.  When it appeared that plaintiff had failed to serve defendant as required by Rule 4, an order to show cause was issued on July 5, 2006 requiring that plaintiff, on or before July 19, 2006, either present evidence of service or show cause why the case should not be dismissed for failure to effect service.  Plaintiff was advised that failure to comply would result in dismissal of this case.

Plaintiff has not responded to the order to show cause.  Accordingly, it is hereby

ORDERED that the case is DISMISSED.

SIGNED this 16th day of February, 2007.


_____/s/_____
RICHARD W. ROBERTS
United States District Judge